UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL TORELL,<br><br>                Plaintiff,<br>    v.<br><br>STATE OF WASHINGTON et al.,<br><br>                Defendant. | CASE NO. 3:25-cv-05504-DGE<br><br>ORDER REGARDING AMENDED COMPLAINT |

      This Court previously entered an Order dismissing Plaintiff's complaint with leave to amend under 28 U.S.C. § 1915(e)(2)(B). (Dkt. No. 7.) The Court held that the complaint failed to state a claim because it "does not state what institution(s) he was detained in, at what period(s) of time" and "does not state which of the 44 Defendants are responsible for the alleged deliberate indifference to his serious medical needs, and how they knew of his condition." (*Id.* at 2–3.) Plaintiff then filed a "Declaration of Deliberate Indifference." (Dkt. No. 13.) The Court held the declaration also failed to state a claim, and gave Plaintiff until September 12, 2025 to file an amended complaint. (Dkt. No. 14.) Plaintiff did not file an amended complaint, and the Court

ORDER REGARDING AMENDED COMPLAINT - 1

ordered Plaintiff to show cause by October 1, 2025 why the case should not be dismissed for failure to prosecute. (Dkt. No. 15.) Plaintiff filed a response on September 23, 2025 stating he "timely submitted an Amended Complaint on August 11, 2025." (Dkt. No. 16.) The Court noted that the docket did not reflect that Plaintiff filed an amended complaint and directed Plaintiff to file one by October 9, 2025. (Dkt. No. 18.) On October 20, 2025, Plaintiff filed a letter with the Court clarifying that his Declaration of Deliberate Indifference was intended to serve as his amended complaint in response to the Court's prior order. (Dkt. No. 22.)

The Court takes this opportunity to explicitly hold that Plaintiff's Declaration of Deliberate Indifference (Dkt. No. 13) fails to state a claim upon which relief can be granted. As the Court previously noted, the Declaration addressed some but not all of the Court's concerns. (Dkt. No. 14.) It specified that Plaintiff was housed as Stafford Creek Corrections Center. (*Id.* at 2.) It specified that Plaintiff was seen for treatment on August 2, 2022 and diagnosed with a mass near his vocal chords. (*Id.*) However, it still did not specify any individual involved in Plaintiff's medical care or alleged deprivation of care.

Plaintiff needs to file an amended complaint with details of who was involved in his medical care and their alleged action (or lack of action) to state a claim for deliberate indifference. The Court directs Plaintiff to review the Court's previous orders and address the noted deficiencies in his amended complaint. (*See* Dkt. Nos. 7, 14.) Plaintiff is directed to file his amended complaint with the Court no later than **November 7, 2025**. Absent a timely response to this Order, this case shall be dismissed without prejudice.

The Clerk is directed to calendar this event.

Dated this 21st day of October, 2025.

ORDER REGARDING AMENDED COMPLAINT - 2

David G. Estudillo
United States District Judge

ORDER REGARDING AMENDED COMPLAINT - 3